**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-54528 |
|---|---|---|
| | § | |
| ISMAIL ABBASI | § | |
| SAWSAN ABBASI | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/09/2010. The undersigned trustee was appointed on 12/09/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $1.59 |
    | Bank service fees | $16.64 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,981.77 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/03/2011 and the deadline for filing government claims was 06/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2015        By:   /s/ Horace Fox, Jr.
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 10-54528 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 5/13/2015 | | §341(a) Meeting Date: | 02/09/2011 |
| | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 9146 Stratford Ln Palos Hills, IL 60465 | $300,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Chasebank Checking XXXXXX1532 | $500.00 | $0.00 | | $0.00 | FA |
| 4 | TCF Bank XXXXXX3872 | $48.77 | $0.00 | | $0.00 | FA |
| 5 | TCF Bank XXXXXX4340 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Stove, Refrigerator, Dishwasher, Washer, Dryer, Microwave, Cooking Utensils, Silverware, Cookware, Living Room Furniture, Dining Room Furniture, Tables, Chairs, Televisions, VCR, DVD Player, DVDs, Compact Disks, Speakers, Bedroom Furniture, Dressers, Lamps, Computer, Computer Printer/Fax, Desk, Photography equipment, Cell phones. | $1,765.00 | $0.00 | | $0.00 | FA |
| 7 | Paintings, Pictures. | $30.00 | $0.00 | | $0.00 | FA |
| 8 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Wedding Rings, Rings, Braclets, and Necklaces | $875.00 | $0.00 | | $0.00 | FA |
| 10 | MetLife IRA XXXXX5388 | $695.98 | $0.00 | | $0.00 | FA |
| 11 | Fidelity Investments Thrift and Profit Sharing Plan | $26,947.61 | $0.00 | | $0.00 | FA |
| 12 | Pediatrix Medical Group Stocks Location: Morgan Stanley SmithBarney | $15,000.00 | $15,000.00 | | $10,000.00 | FA |
| Asset Notes: | Debtor took payout without my knowledge, we then settled with him for 10, 000.00 | | | | | |
| 13 | 2006 Mercedes c350 | $10,750.00 | $0.00 | | $0.00 | FA |
| 14 | 2001 Mercedes ML430; 146,000 Miles | $5,205.00 | $0.00 | | $0.00 | FA |
| 15 | 2004 Honda CRV-EX 150,000 Miles Purchased for Daughter and used by Daughter, jointly owned. | $10,185.00 | $693.77 | | $0.00 | FA |
| Asset Notes: | Car is not running and is jointly owned between debtor and his daughter. | | | | | |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$373,102.36          $15,693.77          $10,000.00          $0.00

Case 10-54528 Doc 46 Filed 05/18/15 Entered 05/18/15 20:15:17 Desc Main
Document Page 4 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 10-54528 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 5/13/2015 | §341(a) Meeting Date: | 02/09/2011 |
| | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

Added claim for deferred adversary filing.

No taxes necessary, do fees for final report. Awaiting clearance of debtor's last installment and surety check to complete final report.

Last installment of compromise in 3.5.15.

Debtor awaiting court order approving before paying compromise figure.

Accepted offer on stock asset of 2,000.00 November, 2014 and 8,000.00 by 1.15.15.

Debtor's attorney has suggested $8,000 in 2 installments, which I am inclined to reject in favor of a counter offer at the value for which the stock (an asset of the estate was sold (13k plus). I am inclined to abandon in the final report the 2004 Honda with 150,000 miles.

10.8.14

Debtor's attorney has suggested $8,000 in 2 installments, which I am inclined to reject in favor of a counter offer at the value for which the stock (an asset of the estate was sold (13k plus). I am inclined to abandon in the final report the 2004 Honda with 150,000 miles.

Will pursue turn over motion against Computershares and debtor. 10.8.14

Was informed by Mr. de 'Medici that Computershare (which held the stock) picked up that we had filed the complaint, contacted him to say the stock was cashed in in June of 2014, apparently by Dr. Abassi. Confirm details, plan next steps. 10.1.14

Turn over complaint (stock) to be filed by 9.30.14

Case 10-54528   Doc 46   Filed 05/18/15   Entered 05/18/15 20:15:17   Desc Main
Document   Page 5 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3    Exhibit A

| Case No.: | 10-54528 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 5/13/2015 | | | §341(a) Meeting Date: | 02/09/2011 |
| | | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Motion to employ Bruce de 'Medici up in court today.

Asked Mr. de 'Medici to respond to the 8,000 Mednax stock offer and the issue of how much is vested and what is the residual value. 3.12.12

Asked status of Mr. de 'Medici on negotiations re offer.6.30.12

Contact attorney for debtor re stock offer. 10.29.12

Get proof of insurance renewal on car. 1.13.13

Counter offer requested of debtor on stock and auto.

3.4.13

Demand letter sent re stock and Honda 8.27.13

Debtor has sold some or all of the stock and car is not running. Debtor has been unemployed. Asked Mr. Hiltz for a number, and an estimate of cost of repairs.

 10.7.13  Debtor countered at 8,000.00 accepted (stock)
Honda not worth more than exemption, current state. 10.28.13

Since, stock now worth more than when 8,000 offer made, must counter, based on current value. 1.5.14

Mr. de'Medici will file turnover complaint by 7.30.14
Asset is stock, Mednax Inc. I have the procedure for selling stock. Claims bar date 6.3.11.

| Initial Projected Date Of Final Report (TFR): | 06/30/2012 | **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-54528 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | **-***9268 | | | Account Title: | |
| For Period Beginning: | 12/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2015 | (12) | Ismail M. Abbasi and Sawsan Abbasi | Pediatrix Medical Group Stocks Location: Morgan Stanley SmithBarney | 1129-000 | $2,000.00 | | $2,000.00 |
| 02/26/2015 | 5001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.59 | $1,998.41 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.70 | $1,995.71 |
| 03/05/2015 | (12) | Ismail Abbasi and Sawsan Abbasi | Pediatrix Medical Group Stocks- Accounts receivables. | 1129-000 | $8,000.00 | | $9,995.71 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $9,981.77 |

| | | | | TOTALS: | $10,000.00 | $18.23 | $9,981.77 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | | Subtotal | $10,000.00 | $18.23 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $10,000.00 | $18.23 | |

| For the period of 12/9/2010 to 5/13/2015 | | | For the entire history of the account between 02/03/2015 to 5/13/2015 | |
|---|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $18.23 | | Total Compensable Disbursements: | $18.23 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.23 | | Total Comp/Non Comp Disbursements: | $18.23 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-54528 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | **-***9268 | | Account Title: | |
| For Period Beginning: | 12/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,000.00 | $18.23 | $9,981.77 |

**For the period of 12/9/2010 to 5/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/09/2010 to 5/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 10-54528 | | | | | | Trustee Name: | | Horace Fox, Jr. | | |
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | | | | Date: | | 5/13/2015 | | |
| Claims Bar Date: | 06/03/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 02/27/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| * 8 | CAPITAL ONE AUTO FINANCE P. O. Box 829009 Tex 75382-9009 | 05/25/2011 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $10,604.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** I sold no collateral secured by this lien. Capital One maintains its lien against the vehicle. Order disallowing , dkt # 44

| | CLERK OF THE BANKRUPTCY COURT Eastern Division 219 S. Dearborn Chicago IL 60604 | 05/13/2015 | Clerk of the Courts Costs | Allowed | 2700-000 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |

**Claim Notes:** Filing of adversary v. Computershare Inc. on 9.29.14, filing fee deferred.

| | BRUCE DE 'MEDICI 17W703 Butterfield Rd., Oak Brook Terrace IL 60181 | 01/17/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $10,982.50 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 3a | INTERNAL REVENUE SERVICE Department of the Treasury POB 7346 Philadelphia PA 19101-7346 | 04/07/2011 | Real Property Tax Liens (pre-petition) | Allowed | 4700-000 | $0.00 | $68,783.59 | $68,783.59 | $0.00 | $0.00 | $0.00 | $68,783.59 |

**Claim Notes:** (3-1) Modified on 4/8/2011 to correct creditor address (CC)

| 3b | INTERNAL REVENUE SERVICE Department of the Treasury POB 7346 Philadelphia PA 19101-7346 | 04/07/2011 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $132,657.22 | $132,657.22 | $0.00 | $0.00 | $0.00 | $132,657.22 |

**Claim Notes:** (3-1) Modified on 4/8/2011 to correct creditor address (CC)

* There is an objection filed for this claim

| Case No.: | 10-54528 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | | | | | | Date: | 5/13/2015 |
| Claims Bar Date: | 06/03/2011 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 19850-5145 | 03/21/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,046.41 | $1,046.41 | $0.00 | $0.00 | $0.00 | $1,046.41 |
| 2 | ILLINOIS DEPT OF LOTTERY<br>101 West Jefferson Street<br>Springfield IL 62702 | 03/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,288.02 | $9,288.02 | $0.00 | $0.00 | $0.00 | $9,288.02 |
| **Claim Notes:** | (2-1) unpaid proceeds from sale of Lottery tickets | | | | | | | | | | | |
| 3 | INTERNAL REVENUE SERVICE<br>Department of the Treasury<br>POB 7346<br>Philadelphia PA 19101-7346 | 04/07/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $277,935.20 | $277,935.20 | $0.00 | $0.00 | $0.00 | $277,935.20 |
| **Claim Notes:** | (3-1) Modified on 4/8/2011 to correct creditor address (CC) | | | | | | | | | | | |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>FNBM LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/06/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,012.66 | $1,012.66 | $0.00 | $0.00 | $0.00 | $1,012.66 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/06/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,015.31 | $2,015.31 | $0.00 | $0.00 | $0.00 | $2,015.31 |

# CLAIM ANALYSIS REPORT

| Case No. | 10-54528 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | Date: | 5/13/2015 |
| Claims Bar Date: | 06/03/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | GE MONEY BANK  c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | 05/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $685.60 | $685.60 | $0.00 | $0.00 | $0.00 | $685.60 |
| 7 | GE MONEY BANK  c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | 05/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $944.16 | $944.16 | $0.00 | $0.00 | $0.00 | $944.16 |
| | | | | | | $518,055.47 | $501,468.17 | $0.00 | $0.00 | $0.00 | | $501,468.17 |

Page No: 4    Exhibit C

## CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-54528 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | ABBASI, ISMAIL AND ABBASI, SAWSAN | | **Date:** | 5/13/2015 |
| **Claims Bar Date:** | 06/03/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $10,982.50 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Claims of Governmental Units - 507( | $132,657.22 | $132,657.22 | $0.00 | $0.00 | $0.00 | $132,657.22 |
| Clerk of the Courts Costs | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured 726(a)(2) | $292,927.36 | $292,927.36 | $0.00 | $0.00 | $0.00 | $292,927.36 |
| Real Estate - Consensual Liens | $10,604.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Property Tax Liens (pre-petition) | $68,783.59 | $68,783.59 | $0.00 | $0.00 | $0.00 | $68,783.59 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-54528
Case Name: ISMAIL ABBASI
SAWSAN ABBASI
Trustee Name: Horace Fox, Jr.

Balance on hand: $9,981.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3a | Internal Revenue Service | $68,783.59 | $68,783.59 | $0.00 | $2,881.77 |

Total to be paid to secured creditors: $2,881.77
Remaining balance: $7,100.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Clerk of the Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $7,100.00
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $132,657.22 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3b | Internal Revenue Service | $132,657.22 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $292,927.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $1,046.41 | $0.00 | $0.00 |
| 2 | Illinois Dept of Lottery | $9,288.02 | $0.00 | $0.00 |
| 3 | Internal Revenue Service | $277,935.20 | $0.00 | $0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | $1,012.66 | $0.00 | $0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | $2,015.31 | $0.00 | $0.00 |
| 6 | GE Money Bank | $685.60 | $0.00 | $0.00 |
| 7 | GE Money Bank | $944.16 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**