UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-54528 |
| | § | |
| ISMAIL ABBASI | § | |
| SAWSAN ABBASI | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/11/2015, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/19/2015      By: /s/ Horace Fox, Jr.
                                                                                  Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-54528
 §
ISMAIL ABBASI §
SAWSAN ABBASI §
 §
 Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $10,000.00
*and approved disbursements of* $18.23
*leaving a balance on hand of[1]:* $9,981.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3a | Internal Revenue Service | $68,783.59 | $68,783.59 | $0.00 | $2,881.77 |

Total to be paid to secured creditors: $2,881.77
Remaining balance: $7,100.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Clerk of the Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $7,100.00
Remaining balance: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $132,657.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3b | Internal Revenue Service | $132,657.22 | $0.00 | $0.00 |

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $292,927.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $1,046.41 | $0.00 | $0.00 |
| 2 | Illinois Dept of Lottery | $9,288.02 | $0.00 | $0.00 |
| 3 | Internal Revenue Service | $277,935.20 | $0.00 | $0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | $1,012.66 | $0.00 | $0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | $2,015.31 | $0.00 | $0.00 |
| 6 | GE Money Bank | $685.60 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | 7 | GE Money Bank | $944.16 | $0.00 | $0.00 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                            Case No. 10-54528-PSH
Ismail Abbasi                                                     Chapter 7
Sawsan Abbasi
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                  Page 1 of 2                  Date Rcvd: May 20, 2015
                               Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db/jdb         +Ismail Abbasi,    Sawsan Abbasi,    9146 Stratford Ln,   Palos Hills, IL 60465-1165
16526960       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
17325742        Capital One Auto Finance,    P. O. Box 829009,    Dallas, Texas 75382-9009
16526959       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16992596        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16526965        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16526966       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
16526967       +Illinois Dept of Lottery,    101 West Jefferson Street,    Springfield, IL 62702-5145
16526969       +Linebarger Goggan Blair & Sampson,    233 South Wacker Drive, Suite 4030,
                 Chicago, IL 60606-6379
16526970       +Litton Loan,    POB 829009,   Dallas, TX 75382-9009
16526971       +Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
                 Westchester, IL 60154-2771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16526958       +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 21 2015 00:54:35
                 Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16526961       +E-mail/Text: creditonebknotifications@resurgent.com May 21 2015 00:51:58      CreditOne Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
16526962       +E-mail/PDF: mrdiscen@discover.com May 21 2015 00:55:05      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
17307415        E-mail/PDF: gecsedi@recoverycorp.com May 21 2015 00:54:45      GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16526963       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2015 00:54:58      Gemb/jcp,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
16526964       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2015 00:55:09      Gemb/walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
16526968        E-mail/Text: cio.bncmail@irs.gov May 21 2015 00:52:12      Internal Revenue Service,
                 Department of the Treasury,    POB 7346,   Philadelphia, PA 19101-7346
19932203        E-mail/PDF: rmscedi@recoverycorp.com May 21 2015 00:55:11      Midland Funding LLC,
                 By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
17240914       +E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2015 00:54:49
                 PYOD LLC its successors and assigns as assignee of,    FNBM LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17240916       +E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2015 00:55:02
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
19932204        E-mail/PDF: rmscedi@recoverycorp.com May 21 2015 00:55:02
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: acox              Page 2 of 2             Date Rcvd: May 20, 2015
                              Form ID: pdf006         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:

```
          Bruce E de'Medici   on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
          Bruce E de'Medici   on behalf of Plaintiff Horace  Fox, Jr bdemedici@gmail.com
          Horace  Fox, JR    foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          John F Hiltz    on behalf of Debtor Ismail  Abbasi jhiltz@hwzlaw.com,
           kwantuch@hwzlaw.com, bzanzig@hwzlaw.com
          John F Hiltz    on behalf of Joint Debtor Sawsan  Abbasi jhiltz@hwzlaw.com,
           kwantuch@hwzlaw.com, bzanzig@hwzlaw.com
          Kathy  Wantuch    on behalf of Debtor Ismail  Abbasi kwantuch@hiltzlaw.com,
           jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
          Kathy  Wantuch    on behalf of Joint Debtor Sawsan  Abbasi kwantuch@hiltzlaw.com,
           jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor   Litton Loan Servicing, LP. Courts@tmlong.com
                                                                                             TOTAL: 9
```