**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-54528 |
| | § | |
| ISMAIL ABBASI | § | |
| SAWSAN ABBASI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $316,628.77 | Assets Exempt: | $41,473.59 |
| Total Distributions to Claimants: | $2,881.77 | Claims Discharged Without Payment: | $442,818.28 |
| Total Expenses of Administration: | $7,118.23 | | |

3)   Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $476,847.45 | $79,388.39 | $68,783.59 | $2,881.77 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,100.73 | $7,118.23 | $7,118.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $63,777.00 | $132,657.22 | $132,657.22 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $210,405.00 | $292,927.36 | $292,927.36 | $0.00 |
| **Total Disbursements** | $751,029.45 | $518,073.70 | $501,486.40 | $10,000.00 |

4). This case was originally filed under chapter 7 on 12/09/2010. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2015        By:   /s/ Horace Fox, Jr.
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Pediatrix Medical Group Stocks Location: Morgan Stanley SmithBarney | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Internal Revenue Service | 4700-000 | $18,494.00 | $68,783.59 | $68,783.59 | $2,881.77 |
| 8 | Capital One Auto Finance | 4110-000 | $10,983.45 | $10,604.80 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $149,819.00 | $0.00 | $0.00 | $0.00 |
| | Litton Loan | 4110-000 | $297,551.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $476,847.45 | $79,388.39 | $68,783.59 | $2,881.77 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Arthur B. Levine Company | 2300-000 | NA | $1.59 | $1.59 | $1.59 |
| Green Bank | 2600-000 | NA | $16.64 | $16.64 | $16.64 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $10,982.50 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,100.73 | $7,118.23 | $7,118.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3b | Internal Revenue Service | 5800-000 | $63,777.00 | $132,657.22 | $132,657.22 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $63,777.00 | $132,657.22 | $132,657.22 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $1,082.00 | $1,046.41 | $1,046.41 | $0.00 |
| 2 | Illinois Dept of Lottery | 7100-000 | $12,238.30 | $9,288.02 | $9,288.02 | $0.00 |
| 3 | Internal Revenue Service | 7100-000 | $178,257.00 | $277,935.20 | $277,935.20 | $0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $0.00 | $1,012.66 | $1,012.66 | $0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $0.00 | $2,015.31 | $2,015.31 | $0.00 |
| 6 | GE Money Bank | 7100-000 | $770.00 | $685.60 | $685.60 | $0.00 |
| 7 | GE Money Bank | 7100-000 | $824.00 | $944.16 | $944.16 | $0.00 |
|  | Citibank Usa | 7100-000 | $1,939.00 | $0.00 | $0.00 | $0.00 |
|  | CreditOne Bank | 7100-000 | $1,033.10 | $0.00 | $0.00 | $0.00 |
|  | Discover Fin Svcs Llc | 7100-000 | $5,813.00 | $0.00 | $0.00 | $0.00 |
|  | Home Depot Credit Services | 7100-000 | $1,949.60 | $0.00 | $0.00 | $0.00 |
|  | Hsbc Bank | 7100-000 | $3,553.00 | $0.00 | $0.00 | $0.00 |
|  | Nationwide Credit & Co | 7100-000 | $2,511.00 | $0.00 | $0.00 | $0.00 |
|  | Nationwide Credit & Co | 7100-000 | $435.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $210,405.00 | $292,927.36 | $292,927.36 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 10-54528 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 8/8/2015 | | §341(a) Meeting Date: | 02/09/2011 |
| | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  9146 Stratford Ln Palos Hills, IL 60465 | $300,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash | $100.00 | $0.00 | | $0.00 | FA |
| 3  Chasebank Checking XXXXXX1532 | $500.00 | $0.00 | | $0.00 | FA |
| 4  TCF Bank XXXXXX3872 | $48.77 | $0.00 | | $0.00 | FA |
| 5  TCF Bank XXXXXX4340 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Stove, Refrigerator, Dishwasher, Washer, Dryer, Microwave, Cooking Utensils, Silverware, Cookware, Living Room Furniture, Dining Room Furniture, Tables, Chairs, Televisions, VCR, DVD Player, DVDs, Compact Disks, Speakers, Bedroom Furniture, Dressers, Lamps, Computer, Computer Printer/Fax, Desk, Photography equipment, Cell phones. | $1,765.00 | $0.00 | | $0.00 | FA |
| 7  Paintings, Pictures. | $30.00 | $0.00 | | $0.00 | FA |
| 8  Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 9  Wedding Rings, Rings, Braclets, and Necklaces | $875.00 | $0.00 | | $0.00 | FA |
| 10  MetLife IRA XXXXX5388 | $695.98 | $0.00 | | $0.00 | FA |
| 11  Fidelity Investments Thrift and Profit Sharing Plan | $26,947.61 | $0.00 | | $0.00 | FA |
| 12  Pediatrix Medical Group Stocks Location: Morgan Stanley SmithBarney | $15,000.00 | $15,000.00 | | $10,000.00 | FA |
| **Asset Notes:** Debtor took payout without my knowledge, we then settled with him for 10, 000.00 | | | | | |
| 13  2006 Mercedes c350 | $10,750.00 | $0.00 | | $0.00 | FA |
| 14  2001 Mercedes ML430; 146,000 Miles | $5,205.00 | $0.00 | | $0.00 | FA |
| 15  2004 Honda CRV-EX 150,000 Miles Purchased for Daughter and used by Daughter, jointly owned. | $10,185.00 | $693.77 | | $0.00 | FA |
| **Asset Notes:** Car is not running and is jointly owned between debtor and his daughter. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                    **Gross Value of Remaining Assets**

| | $373,102.36 | $15,693.77 | | $10,000.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 10-54528 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 8/8/2015 | §341(a) Meeting Date: | 02/09/2011 |
| | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

Final report in court 6.11.15.

Added claim for deferred adversary filing, resubmitted to UST.

No taxes necessary, do fees for final report. Awaiting clearance of debtor's last installment and surety check to complete final report.

Last installment of compromise in 3.5.15.

Debtor awaiting court order approving before paying compromise figure.

Accepted offer on stock asset of 2,000.00 November, 2014 and 8,000.00 by 1.15.15.

Debtor's attorney has suggested $8,000 in 2 installments, which I am inclined to reject in favor of a counter offer at the value for which the stock (an asset of the estate was sold (13k plus). I am inclined to abandon in the final report the 2004 Honda with 150,000 miles.

10.8.14

Debtor's attorney has suggested $8,000 in 2 installments, which I am inclined to reject in favor of a counter offer at the value for which the stock (an asset of the estate was sold (13k plus). I am inclined to abandon in the final report the 2004 Honda with 150,000 miles.

Will pursue turn over motion against Computershares and debtor. 10.8.14

Was informed by Mr. de 'Medici that Computershare (which held the stock) picked up that we had filed the complaint, contacted him to say the stock was cashed in in June of 2014, apparently by Dr. Abassi. Confirm details, plan next steps. 10.1.14

Turn over complaint (stock) to be filed by 9.30.14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3                                Exhibit 8

| Case No.: | 10-54528 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | Date Filed (f) or Converted (c): | 12/09/2010 (f) |
| For the Period Ending: | 8/8/2015 | §341(a) Meeting Date: | 02/09/2011 |
| | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Motion to employ Bruce de 'Medici up in court today.

Asked Mr. de 'Medici to respond to the 8,000 Mednax stock offer and the issue of how much is vested and what is the residual value. 3.12.12

Asked status of Mr. de 'Medici on negotiations re offer.6.30.12

Contact attorney for debtor re stock offer. 10.29.12

Get proof of insurance renewal on car. 1.13.13

Counter offer requested of debtor on stock and auto.

3.4.13

Demand letter sent re stock and Honda 8.27.13

Debtor has sold some or all of the stock and car is not running. Debtor has been unemployed. Asked Mr. Hiltz for a number, and an estimate of cost of repairs.

 10.7.13  Debtor countered at 8,000.00 accepted (stock)
Honda not worth more than exemption, current state. 10.28.13

Since, stock now worth more than when 8,000 offer made, must counter, based on current value. 1.5.14

Mr. de'Medici will file turnover complaint by 7.30.14
Asset is stock, Mednax Inc.  I have the procedure for selling stock.  Claims bar date 6.3.11.

| Initial Projected Date Of Final Report (TFR): | 06/30/2012 | **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 10-54528 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | **-***9268 | | | Account Title: | |
| For Period Beginning: | 12/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2015 | (12) | Ismail M. Abbasi and Sawsan Abbasi | Pediatrix Medical Group Stocks Location: Morgan Stanley SmithBarney | 1129-000 | $2,000.00 | | $2,000.00 |
| 02/26/2015 | 5001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.59 | $1,998.41 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.70 | $1,995.71 |
| 03/05/2015 | (12) | Ismail Abbasi and Sawsan Abbasi | Pediatrix Medical Group Stocks- Accounts receivables. | 1129-000 | $8,000.00 | | $9,995.71 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $9,981.77 |
| 06/12/2015 | 5002 | Clerk of the Bankruptcy Court | Final Account Number: ; Claim #: ; Dividend: 3.50; Amount Allowed: 350.00; Notes: Filing of adversary v. Computershare Inc. on 9.29.14, filing fee deferred.; Account Number: ; Distribution Dividend: {$v | 2700-000 | | $350.00 | $9,631.77 |
| 06/12/2015 | 5003 | Bruce de 'Medici | Attorney fee distribution | 3210-000 | | $5,000.00 | $4,631.77 |
| 06/12/2015 | 5004 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,750.00 | $2,881.77 |
| 06/12/2015 | 5005 | Internal Revenue Service | IRS distribution | 4700-000 | | $2,881.77 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $10,000.00 | $10,000.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $10,000.00 | $10,000.00 | |

| For the period of 12/9/2010 to 8/8/2015 | | For the entire history of the account between 02/03/2015 to 8/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-54528 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ABBASI, ISMAIL AND ABBASI, SAWSAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9267 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | **-***9268 | Account Title: | |
| For Period Beginning: | 12/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,000.00 | $10,000.00 | $0.00 |

**For the period of 12/9/2010 to 8/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/09/2010 to 8/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.